UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMERICAN EXPRESS NATIONAL BANK and :
AMERICAN EXPRESS TRAVEL RELATED :
SERVICES COMPANY, INC., :
:
Plaintiffs, :
: 25 Civ. 874 (JPC)
-v- :
: ORDER
ZMZ GLOBAL, INC., DIALECTIV DISTRIBUTION, :
LLC, DIALECTIC PR, LLC, and ZACHARY :
ZELTZER, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 24 and 26, 2025, Plaintiffs served Defendants with copies of the Summons and Complaint. Dkts. 13, 14. Defendants' deadline to respond to the Complaint has passed, and the docket does not reflect a response to the Complaint from Defendants. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until April 1, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiffs shall seek a Certificate of Default by April 8, 2025.

Plaintiffs are directed to mail a copy of this Order by First Class Mail to the address at which Defendants were served with the Summons and Complaint.

SO ORDERED.

Dated: March 25, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge