UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMERICAN EXPRESS NATIONAL BANK and :
AMERICAN EXPRESS TRAVEL RELATED :
SERVICES COMPANY, INC., :
:
Plaintiffs, :
: 25 Civ. 874 (JPC)
  -v- :
: ORDER
:
ZMZ GLOBAL, INC., DIALECTIV DISTRIBUTION, :
LLC, DIALECTIC PR, LLC, and ZACHARY :
ZELTZER, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

After the Court set a briefing schedule, Dkt. 29, Defendants moved to dismiss the Complaint on May 30, 2025. Dkt. 34. Plaintiffs then filed an Amended Complaint as of right on June 20, 2025. Dkt. 35; *see* Fed. R. Civ. P. 15(a)(1)(B). In light of the amended pleading, the briefing schedule on the motion to dismiss is adjourned pending further order of the Court.

By June 27, 2025, Defendants shall file a letter stating whether they wish the Court to evaluate the existing motion to dismiss as directed to the Amended Complaint—with appropriate opposition and reply briefing to follow—or whether they intend to withdraw the pending motion to dismiss, in which case the Court will deny it as moot and permit Defendants to file a renewed motion in response to the Amended Complaint upon such a request.

SO ORDERED.

Dated: June 23, 2025
        New York, New York                             _____
                                                              JOHN P. CRONAN
                                                          United States District Judge