# Rubenstein Business Law

305 Broadway, Suite 700
New York, NY 10007
Ph: 786-200-3237
Email: Drubenstein@RubensteinBusinessLaw.com
Website: www.RubensteinBusinessLaw.com

June 25, 2025

Hon. Judge John P. Cronan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  <u>American Express National Bank et al v. ZMZ Global, Inc. et al,</u> Docket: 1:25-cv-00874-JPC

Dear Judge Cronan:

    We represent Defendants ZMZ Global, Inc., Dialectic Distribution, LLC, Dialectic PR, LLC and Zachary Zeltzer ("Defendants") in the above-referenced matter. We are in receipt of the Plaintiff's Amended Complaint. In response to the Court's directive, we will withdraw the pending motion to dismiss, request permission to file a renewed Motion in response to the Amended Complaint. We respectfully request 30 days to file our renewed Motion.

                                        Respectfully yours,

                                        s/David Rubenstein

Cc: All counsel of record

The request is granted. The pending motion to dismiss is denied as moot. The Clerk of Court is respectfully directed to close Docket Number 34. Defendants may file their anticipated renewed motion to dismiss by July 24, 2025. Any opposition shall be filed by August 21, 2025, and any reply shall be filed by September 4, 2025.

SO ORDERED
June 26, 2025
New York, New York

                                                _____
                                                  JOHN P. CRONAN
                                        United States District Judge